UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 20 PH 1:56

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**Patricia ENRIQUEZ Lomeli**<br>AKA: LOMELI, Linda Patricia<br><br>    Defendant. | Magistrate Case No. **'08 MJ 0497**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **November 5, 2007**, within the Southern District of California, defendant, **Patricia ENRIQUEZ Lomeli** (AKA: LOMELI, Linda Patricia) an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gladys M. Martinez, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **February 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On November 5, 2007, the defendant identified as, **Patricia ENRIQUEZ Lomeli** (AKA: LOMELI, Linda Patricia), was apprehended by Officers of the Chula Vista Police Department, Chula Vista, California. The defendant was placed under arrest for Violation of Health Code 11377 (a) Possession of a Controlled Substance and booked into the Chula Vista City Jail, Chula Vista, California. While in the custody of county jail, an Immigration Agent conducted a field interview, determined the defendant to be a citizen of Mexico and placed an Immigration Hold (I-247) pending her release from jail.

On February 19, 2008 the defendant was referred to the United States Immigration and Customs Enforcement Field Office in San Diego, California. An Immigration Officer conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed form the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Patricia ENRIQUEZ Lomeli** (AKA: LOMELI, Linda Patricia) has been ordered removed from the United States by an Immigration Judge on or about September 28, 2005 and removed to Mexico, via the San Ysidro Port of Entry on September 30, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System IDENT was utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as, **Patricia ENRIQUEZ Lomeli** (AKA: LOMELI, Linda Patricia), a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States, and has illegally re-entered the United States after deportation, in violation of Tile 8 of the United States Code 1326, Deported Alien found in the United States.

SIGNATURE OF COMPLAINANT
Gladys M. Martinez, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **February 2008.**

UNITED STATES MAGISTRATE JUDGE