BRIAN P. FUNK ESQ.
CSB NO. 110462
964 Fifth Avenue #214
San Diego, CA 92101
(6l9) 233-4076

Attorney for Defendant,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>PATRICIA ENRIQUEZ-LOMELI )<br>)<br>Defendant. )<br>_____) | Crim No. 08CR0720-L<br><br>PROOF OF SERVICE<br><br><br><br><br><br>DATE : 4-14-07<br>TIME: 2:00 pm |

I Brian P. Funk, Electronically   served the Notice of Motion and Motion to compel discovery  on

US ATTORNEY   .
880 FRONT STREET
ROOM 6293
SAN DIEGO CA. 92101

AND all other parties

April 2, 2008              s/a Brian P. Funk

1